# Phone Call Log for (330) *** - 6064

|     | Date       | Time     | Caller         |
|-----|------------|----------|----------------|
| 1.  | 02/03/2017 | 08:12 am | (501) 574-3242 |
| 2.  | 02/03/2017 | 10:00 am | (501) 574-3242 |
| 3.  | 02/03/2017 | 10:14 am | (501) 574-3242 |
| 4.  | 02/03/2017 | 12:22 pm | (501) 574-3242 |
| 5.  | 02/03/2017 | 12:37 pm | (501) 574-3242 |
| 6.  | 02/03/2017 | 04:19 pm | (501) 574-3242 |
| 7.  | 02/03/2017 | 07:35 pm | (501) 574-3242 |
| 8.  | 02/03/2017 | 08:05 pm | (501) 574-3242 |
| 9.  | 02/03/2017 | 08:07 pm | (501) 574-3242 |
| 10. | 02/04/2017 | 10:55 am | (928) 235-3084 |
| 11. | 02/04/2017 | 11:27 am | (928) 235-3084 |
| 12. | 02/04/2017 | 01:40 pm | (928) 235-3084 |
| 13. | 02/04/2017 | 03:43 pm | (928) 235-3084 |
| 14. | 02/04/2017 | 07:48 pm | (928) 235-3084 |
| 15. | 02/05/2017 | 11:57 am | (928) 235-3084 |
| 16. | 02/05/2017 | 12:13 pm | (928) 235-3084 |
| 17. | 02/05/2017 | 04:14 pm | (928) 235-3084 |
| 18. | 02/06/2017 | 08:55 am | (928) 235-3084 |
| 19. | 02/06/2017 | 09:24 am | (928) 235-3084 |
| 20. | 02/07/2017 | 10:55 am | (928) 235-3084 |
| 21. | 02/07/2017 | 04:38 pm | (928) 235-3084 |
| 22. | 02/07/2017 | 07:07 pm | (928) 235-3084 |
| 23. | 02/08/2017 | 08:14 am | (928) 235-3084 |
| 24. | 02/08/2017 | 10:16 am | (928) 235-3084 |
| 25. | 02/08/2017 | 12:25 pm | (928) 235-3084 |
| 26. | 02/08/2017 | 02:26 pm | (928) 235-3084 |
| 27. | 02/08/2017 | 04:37 pm | (928) 235-3084 |
| 28. | 02/08/2017 | 05:16 pm | (928) 235-3084 |
| 29. | 02/08/2017 | 06:12 pm | (928) 235-3084 |
| 30. | 02/09/2017 | 10:18 am | (928) 235-3084 |
| 31. | 02/09/2017 | 03:10 pm | (928) 235-3084 |
| 32. | 02/09/2017 | 07:38 pm | (928) 235-3084 |
| 33. | 02/10/2017 | 08:04 am | (928) 235-3084 |
| 34. | 02/10/2017 | 10:06 am | (928) 235-3084 |
| 35. | 02/10/2017 | 12:56 pm | (928) 235-3084 |
| 36. | 02/10/2017 | 03:18 pm | (928) 235-3084 |
| 37. | 02/10/2017 | 05:56 pm | (928) 235-3084 |

EXHIBIT "A"