IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AARON TALBOTT,

    Plaintiff,

v.

PROG LEASING, LLC,

    Defendant.

:
:
:
:
:
:   CIVIL ACTION NO.
:   1:17-CV-2069-LMM
:
:
:
:
:
:

**ORDER**

This case comes before the Court on the parties' Joint Motion to Stay Proceedings Pending Arbitration [7]. After a review of the record and due consideration, that Motion [7] is **GRANTED**. This case is **STAYED** pending arbitration. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action pending the parties' arbitration.[1]

The parties are **DIRECTED** to petition the Court to reopen this matter following arbitration, if required. In the event the action is resolved prior to completion of said arbitration proceedings, the parties shall notify this Court as soon as practicable and dismiss the above-captioned case.

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.

**IT IS SO ORDERED** this 20th day of July, 2017.

_____
**Leigh Martin May**
**United States District Judge**