# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AARON TALBOTT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| PROG LEASING, L.L.C., D/B/A | ) 1:17-cv-02069-LMM |
| PROGRESSIVE LEASING, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, AARON TALBOTT, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, AARON TALBOTT, and Defendant, PROG LEASING, L.L.C., D/B/A PROGRESSIVE LEASING., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 27, 2018

*/s/ Octavio Gomez*
OCTAVIO GOMEZ, ESQUIRE
Georgia Bar No. 617963
MORGAN & MORGAN, TAMPA

201 N. Franklin Street, 7th Floor<br>
Tampa, FL 33602<br>
Telephone: 813-223-5505<br>
Facsimile: 813-223-5402<br>
TGomez@forthepeople.com<br>
*Counsel for Plaintiff Aaron Talbott*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27TH day of March, 2018, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties.

*/s/ Octavio Gomez*<br>
OCTAVIO GOMEZ, ESQUIRE<br>
Georgia Bar No. 617963